Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2020 FEB 24 P 1:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Michael Anthony Prince

*Plaintiff,*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

City of Florence Parks and Recreation Department, "see attached"

*Defendant(s),*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 3:20-cv-239-AKK
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff**

| | |
|---|---|
| Name | Michael Anthony Prince |
| Street Address | 139 Cox Creek Parkway South, Box #206 |
| City and County | Florence, Lauderdale |
| State and Zip Code | Alabama, 35630 |
| Telephone Number | (256) 443-9044 |
| E-mail Address *(if known)* | mprince180@gmail.com |

☑ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

2-21-2020
**Date**

*[signature]*
**Participant Signature**

## Continued Defendant List

Steve Holt

Todd Michael Nix

Keith Owsley

X _[signature]_
Michael Prince

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Florence Parks and Recreation Department |
| Job or Title *(if known)* | |
| Street Address | 2830 Darby Drive |
| City and County | Florence, Lauderdale |
| State and Zip Code | Alabama, 35630 |
| Telephone Number | (256) 760-6416 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Steve Holt |
| Job or Title *(if known)* | Mayor |
| Street Address | 110 West College Street |
| City and County | Florence, Lauderdale |
| State and Zip Code | Alabama, 35630 |
| Telephone Number | (256) 760-6400 |
| E-mail Address *(if known)* | sholt@florenceal.org |

Defendant No. 3

| | |
|---|---|
| Name | Keith Owsley |
| Job or Title *(if known)* | Human Resources Director |
| Street Address | 110 West College Street Suite 107 |
| City and County | Florence, Lauderdale |
| State and Zip Code | Alabama, 35630 |
| Telephone Number | (256) 740-6084 |
| E-mail Address *(if known)* | kowsley@florenceal.org |

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

| | |
|---|---|
| Name | Todd Nix |
| Job or Title *(if known)* | Community Services Director |
| Street Address | 2830 Darby Drive |
| City and County | Florence, Lauderdale |
| State and Zip Code | Alabama, 35630 |
| Telephone Number | (256) 760-6416 |
| E-mail Address *(if known)* | tnix@florenceal.org |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | City of Florence Parks and Recreation Department |
| Street Address | 2830 Darby Drive |
| City and County | Florence, Lauderdale |
| State and Zip Code | Alabama, 35630 |
| Telephone Number | (256) 760-6416 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:   In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*: _____

Relevant state law *(specify, if known)*: _____

Relevant city or county law *(specify, if known)*:

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☒ Termination of my employment

☐ Failure to promote me

☒ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☒ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B. It is my best recollection that the alleged discriminatory acts occurred on date(s): **Failure to accommodate- 9-9-2018 Earliest known time of retaliation-3-20-2019 Termination- 7-26-2019**

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me

☑ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age *(year of birth)* _____
*(only when asserting a claim of age discrimination)*

☑ disability or perceived disability *(specify disability)* Attention Defecit Disorder (A.D.H.D.) Persistent Depressive Disorder (P.D.D) Generalized Anxiety Disorder (G.A.D.)

E. The facts of my case are as follows. Attach additional pages if needed. _____

I request an accommodation for tardiness from Keith Owsley, Human Resources Director and was denied that accommodation on 9/09/2018. On 3-20-2019, I was made aware that information related to my request for an accommodation that was shared with Mr. Owsley had been leaked to my former supervisor. On 7/26/2019, I was terminated for the very reason that I had requested an accommodation for.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

**IV.** **Exhaustion of Federal Administrative Remedies**

  A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: 5/06/2019

  B. The Equal Employment Opportunity Commission *(check one)*:

   ☐ has not issued a Notice of Right to Sue letter

   ☑ issued a Notice of Right to Sue letter, which I received on *(date)*: _____

   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

  C. Only litigants alleging age discrimination must answer this question:

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☐ 60 days or more have elapsed

   ☐ less than 60 days have elapsed

**V.** **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff asks the court to order the City of Florence Parks and Recreation to reinstate his job at the hourly rate and grade of which he had attained before his termination. The plaintiff also asks the court to order the City of Florence to enter into a process of accommodating his disability in accordance with the Americans with Disabilties Act. Furthermore, the plaintiff asks the court to order the City of Florence to hold accountable the employee(s) who released information to current employees and the plaintiffs' former supervisor related to his request for an accommodation which caused the plaintiff great anxiety and led to a bout with depression in regards to co-workers distancing themselves from him along with a work enviroment filled with hostility. The plaintiff also asks the court to order the defendant to compensate him for any all missed wages due him between the period of 7/27/2019 to the plaintiffs reinstatement. The plaintiff seeks from the court to order the defendant to compensated him for any and all court fees.

**VI.** **Certification and Closing**

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 11-4-2019

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Michael Prince

**B.** **For Attorneys**

Date of Signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____